1   **Troy Monge, Esq.**
    Law Offices of Martin Taller, APC
2   2300 E. Katella Avenue, Suite 440
    ANAHEIM, CALIFORNIA 92806
3   TELEPHONE (714) 385-8100
    troymonge@hotmail.com
4

5   Attorney Bar #217035
    Attorneys for STANLEY MILN
6

7

8                      UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10

11  STANLEY MILN,                    )   No.  SACV07-1443 FMO
                                     )
12          Plaintiff,               )   ORDER
                                     )   AWARDING EAJA FEES AND
13          v                        )   COSTS
                                     )
14  MICHAEL J. ASTRUE,               )
    COMMISSIONER OF SOCIAL           )
15  SECURITY,                        )
                                     )
16          Defendant.               )
    _____ )
17

18          Based upon the parties' Stipulation for Award of EAJA Fees and costs

19  ("Stipulation"),

20          IT IS ORDERED that counsel for Plaintiff, as assignee of the Plaintiff, is

21  awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR

22  THOUSAND THREE HUNDRED FIFTY DOLLARS and NO CENTS ($4,350.00)

23  and costs in the amount of THREE HUNDRED SIXTY SEVEN DOLLARS and

24  FORTY EIGHT CENTS ($367.48), as authorized by 28 U.S.C. §§ 1920 and

25  2412(d), and subject to the terms of the Stipulation.

26          Dated:11/12/08
                                    _____/s/_____
27                                  UNITED STATES MAGISTRATE JUDGE
                                    FERNANDO M. OLGUIN
28

                                     1