# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY MARTIN MILN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | NO. SA CV 07-1443 FMO<br><br><br>**JUDGMENT** |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Twenty-Thousand, Two-Hundred and Sixty-three dollars and zero cents ($20,263.00), pursuant to 42 U.S.C. § 406(b).  In light of the previous payment of EAJA fees, the Law Offices of Martin Taller, APC, shall reimburse plaintiff the amount of Four-Thousand, Three-Hundred and fifty dollars and zero cents ($4,350.00).

Dated this 5th day of February, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge